UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Maybank Welcome
and Brenda S. Welcome,                    Case No. 3:11-bk-06259-JAF
                    Debtors.

_____/

## MOTION TO COMPEL DEBTORS
## TO TURNOVER PROPERTY TO THE TRUSTEE

Pursuant to Bankruptcy Rule 7001, the Trustee, through his undersigned counsel, files this Motion to Compel Debtors to Turnover Property to the Trustee and states unto the Court as follows:

1. The property of the bankruptcy estate, pursuant to 11 U.S.C. §541, includes the following:

**2009 Kia Rondo VIN: KNAFG528397231546; 1994 Ford F350 box truck**

2. Said property is property which the Trustee may use, sell or lease pursuant to Section 363 of the Bankruptcy Code.

3. The trustee is entitled to a turnover of said property pursuant to 11 U.S.C. §542.

                                        **ROBERT ALTMAN, P.A.**

                                        */S/ Robert Altman*

                                        _____
                                        **Robert Altman, Trustee**
                                        Florida Bar No. 346861
                                        P.O. Box 922
                                        Palatka, Florida 32178-0922
                                        (386) 325-4691
                                        (386) 325-9765 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Maybank Welcome and Brenda S. Welcome,7902 Painted Oak Drive, , Jacksonville, FL 32210 and George H. Hall, Esquire, 4736 Blanding Boulevard, Jacksonville, FL 32210 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on October 7 , 2011.

                                        **ROBERT ALTMAN, P.A.**

                                        */S/ Robert Altman*

                                        _____
                                        **Robert Altman, Trustee**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**Maybank Welcome**
**and Brenda S. Welcome**                                    **Case No.3:11-bk-06259-JAF**
                                  **Debtors**
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN:**
in **Courtroom 4D**, 300 North Hogan Street, 4th floor, Jacksonville, Florida, a preliminary hearing will be held on **December 7, 2011 at 1:30 p.m.** before the Honorable Jerry A. Funk, United States Bankruptcy Judge, to consider and act upon the following matters:

## MOTION TO COMPEL DEBTORS TO TURNOVER PROPERTY TO THE TRUSTEE

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers in the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: October __7__, 2011.

**ROBERT ALTMAN, P.A.**

/S/ Robert Altman
**Robert Altman, Trustee**
Florida Bar #346861
P.O. Box 922
Palatka, Florida 32178-0922
(386) 325-4691 / Fax No. (386) 325-9765

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Preliminary Hearing on Motion to Compel Debtors to Turnover Property to the Trustee was furnished to Maybank Welcome and Brenda S. Welcome, 7902 Painted Oak Drive, Jacksonville, FL 32210 and to George H. Hall, Esquire, 4736 Blanding Boulevard, Jacksonville, FL 32210 by U.S. First Class Mail on October __7__, 2011, postage prepaid, or electronically or electronic filing CM/ECF.

/S/ Robert Altman
**Robert Altman, Trustee**